# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF ALASKA

In re:

TROY BUCHAN THAIN and
DI ANN THAIN,

        Debtors.

Case No. K05-01728-DMD
Chapter 13

**Filed On 5/30/08**

## MEMORANDUM REGARDING DISCHARGE

According to my calculations, which are close to the Fabrys, the debtors remain a little short on their total payments. They have paid a total of $137,749.26 to the trustee. That sum includes the debtors' 2007 permanent fund dividends (PFDs). Plan payments and 2007 PFDs total $136,355.26, leaving a balance of $1,394.00 to account for the debtors' 2008 PFDs. I agree with the Fabrys that 2008 PFDs will exceed this sum. The exact amount of the 2008 PFDs are unknown and will remain unknown until October of this year. Similarly, the amount of the debtors' 2008 tax refund is unknown and will be unknown at least through February of 2009. Therefore, I will continue the hearing on entry of discharge to **Wednesday, February 18, 2009 at 10:00 a.m.**, on my own motion.

DATED: May 29, 2008.

BY THE COURT

/s/ Donald MacDonald IV
DONALD MacDONALD IV
United States Bankruptcy Judge

Serve: B. Chupka, Esq.
       M. Heiser, Esq.
       L. Compton, Trustee
       U. S. Trustee

05/30/08